IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50191
Summary Calendar
_____


UNITED STATES OF AMERICA

           Plaintiff - Appellee

     v.

JESSE MANUEL PALACIOS, JR

           Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-98-CR-133-1
--------------------
March 1, 2001

Before KING, Chief Judge, and JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jesse Manuel Palacios, Jr., has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Palacios has received a copy of counsel's motion and brief, and, in response, has filed a motion for appointment of new appellate counsel. To the extent that Palacios is attempting to raise ineffective-assistance-of-counsel claims, we pretermit consideration of those claims because the record is not adequately developed for appellate review. United States v.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Chavez-Valencia</u>, 116 F.3d 127, 133-34 (5th Cir. 1997).  Our independent review of counsel's brief, Palacios' motion, and the record discloses no nonfrivolous issue.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  Further, Palacios' motion for appointment of new appellate counsel is DENIED.  <u>See</u> Fifth Circuit Plan under the Criminal Justice Act, §§ 2, 3.